```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FCCD LIMITED,                           :          10 Civ. 1632 (DLC)
                    Plaintiff,          :
         -v-                            :              PRETRIAL
                                        :          SCHEDULING ORDER
STATE STREET BANK AND TRUST COMPANY and:
TRIMONT REAL ESTATE ADVISORS, INC.,     :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/10

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to
Rule 16, Fed.R.Civ.P., on April 2, 2010, the following schedule
shall govern the further conduct of pretrial proceedings in this
case:

1.    No additional parties may be joined or pleadings amended
      after **April 17, 2010.**

2.    The parties are instructed to contact the chambers of
      Magistrate Judge Maas prior to **July 2, 2010** in order to
      pursue settlement discussions under his supervision.

3.    All fact discovery must be completed by **August 13, 2010.**

4.    Parties' identification of experts and disclosure of expert
      testimony conforming to the requirements of Rule
      26(a)(2)(B), Fed.R.Civ.P., must occur by **September 17, 2010.**

5.    All expert discovery must be completed by **October 8, 2010.**

6.    The following motion will be served by the dates indicated
      below.

      Parties' summary judgment motions

      -    Plaintiff's motion to be served by **October 29, 2010**
      -    Defendants' opposition and cross motion to be served by
           **November 19, 2010**
      -    Plaintiff's reply and opposition to be served by
           **December 10, 2010**
      -    Defendants' reply to be served by **December 17, 2010**

At the time any Reply is served the defendant shall supply
two courtesy copies of all motion papers to Chambers by
delivering them to the Courthouse Mailroom, 8th Floor,
United States Courthouse, 500 Pearl Street, New York, New
York.

Dated:    New York, New York
          April 6, 2010

                         _____
                              DENISE COTE
                         United States District Judge